Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ROBERT REESE, et al.,

    Plaintiff(s),

v.

VELODYNE LIDAR, INC., et al.,

    Defendant(s).

Case No: 21-cv-01736

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, J. Alexander Hood II, an active member in good standing of the bar of Southern District of NY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, ROBERT REESE in the above-entitled action. My local co-counsel in this case is Jennifer Pafiti, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 600 Third Avenue, 20th Floor<br>New York, New York 10016 | 1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 661-1100 | (310) 405-7190 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ahood@pomlaw.com | jpafiti@pomlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: JA4625.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/16/21

                         J. Alexander Hood II
                              APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of J. Alexander Hood II is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 27, 2021

                         UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

JOSEPH ALEXANDER HOOD, II, Bar # JA4625

was duly admitted to practice in the Court on

August 13, 2015

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. New York, New York    On    May 19, 2020

Ruby J. Krajick
Clerk of Court

By _____
Deputy Clerk